**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LOIS WHITE | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:24-cv-10037 |
| PATIO RESTAURANT OF BOLINGBROOK, INC., an Illinois corporation, | ) ) ) ) | Honorable Sara L. Ellis |
| Defendant. | ) ) | |

**<u>NOTICE OF SETTLEMENT IN PRINCIPLE</u>**

The Parties respectfully notify the Court that they have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of finalizing a Settlement Agreement and Stipulation of Dismissal. The Parties respectfully request that all upcoming deadlines, including Defendant's responsive pleading and Joint Status Report, be adjourned.

Respectfully submitted,

*Counsel for Plaintiff*                                        *Counsel for Defendant*

*/s/ Angela C. Spears*                                        */s/ Adi Kanlic*
Angela Spears                                                      Adi Kanlic
CASS LAW GROUP, P.C.                                   O'HAGAN MEYER
20015 S. LaGrange Rd., #1098                       1 E. Wacker Dr., Suite 3400
Frankfort, IL 60423                                            Chicago, IL 60601
Ph: (872) 329-4844                                           Ph: (312) 422-6100
aspears@casslawgroup.com                           jfilipovic@ohaganmeyer.com

Dated: March 6, 2025

1