**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| LOIS WHITE | ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) | Case No. 1:24-cv-10037 |
| PATIO RESTAURANT OF BOLINGBROOK, INC., an Illinois corporation, | ) ) ) ) | Honorable Sara L. Ellis |
| Defendant. | ) ) ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, LOIS WHITE, and Defendant, PATIO RESTAURANT OF BOLINGBROOK, INC., hereby jointly stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims in this matter, with prejudice and without cost to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: April 2, 2025                         Respectfully submitted,

LOIS WHITE                                      PATIO RESTAURNT OF BOLINGBROOK, INC.

By: */s/ Angela C. Spears*                    By: */s/ Adi Kanlic*
Angela C. Spears                              Adi Kanlic
CASS LAW GROUP, P.C.                          O'HAGAN MEYER
20015 S. LaGrange Rd #1098                    1 E. Wacker Dr., Suite 3400
Frankfort, IL 60423                           Chicago, IL 60601
T: (872) 329-4844                             Ph: (312) 422-6100
E: aspears@casslawgroup.com                   jfilipovic@ohaganmeyer.com

*Counsel for Plaintiff*                        *Counsel for Defendant*