## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Lois White

                               Plaintiff,

v.

                                              Case No.: 1:24–cv–10037
                                              Honorable Sara L. Ellis

Patio Restaurant of Bolingbrook, Inc.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 4, 2025:

        MINUTE entry before the Honorable Sara L. Ellis: Pursuant to joint stipulation [18] this case is voluntarily dismissed including all pending claims in this matter, with prejudice and without cost to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Civil case terminated. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.